| DATE: | 5/14/2021 |
|---|---|
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | L. Dudley |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:44 a.m. / 10:51 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:21-CR-00125-1

USA v. Alfred Lee Massie, Jr.

Ernest Gonzalez
AUSA

Brian O'Shea
Defense Attorney

---

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

---

☑ Defendant Sworn  ☐ Interpreter Required

☑ Dft appears: ☐ with counsel ☑ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

☑ Date of arrest 5/13/21  other district court & case #) _____

☑ Defendant ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☑ Federal Public Defender appointed
Attorney: Brian O'Shea

☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.

☑ Defendant requests appointed counsel, is sworn and examined re: financial status.

☑ Financial affidavit executed by defendant.
The court finds the defendant is ☐ able to employ counsel ☑ unable to employ counsel.

☐ _____ appointed  ☑ U.S. Pub Defender Brian O'Shea appointed

☐ If defendant cannot retain counsel, the Court is to be advised within ___ days so counsel may be appointed.

☑ Govt oral motion for detention ☑ Govt oral motion for continuance  ☐ Oral Order granting ☐ Oral Order denying

☑ Defendant oral motion to continue detention hearing  ☑ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☑ Detention Hrg set 9:45 a.m. 5/20/21  ☑ Temp Detention oral Order Pending Hearing

☐ Ordering setting conditions of release ☐ Bond executed

☐ Defendant signed Waiver of Detention Hearing.

☑ Defendant remanded to custody of United States Marshal

☐ Defendant motion _____

☐ Government motion _____

_____

_____

## ARRAIGNMENT

☑ Arraignment held

☑ Dt appears with counsel

☑ Dft  ☑ sworn
 ☑ received copy of charges   ☑ discussed charges with counsel   ☐ charges read
 ☑ waived reading of charges

☑ Dft enters a plea of ☑ not guilty
 To  Cts 1, 2, 3 of the Indictment

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conferences/jury selection and trial setting on: _SDJ_ 7/6/21 _____ Pretrial Date: _____

☑ Rule 5f order

☐ _____

☐ _____

☑ Df remanded to custody USM   ☐ Dft RELEASED on conditions of release after out-processing by USM

☐ Recess _____