| DATE: | 5/20/2021 |
|---|---|
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | M. Petty |
| INTERPRETER: | N/A |
| BEGIN/END: | 9:30 a.m. / 9:32 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:21-CR-00125-1

USA v. <u>Alfred Lee Massie, Jr.</u>

Matt Johnson
AUSA

Michelle Allen-McCoy
Defense Attorney

☐ ARRAIGNMENT    ☐ DETENTION HEARING **NOT HELD**    ☑ **STATUS CONFERENCE**

☐ Arraignment Held

☑ Defendant appears with counsel

☑ Defendant ☑ sworn
  ☐ received copy of charges    ☐ discussed charges with counsel    ☐ charges read
  ☐ waived reading of charges

☐ Interpreter sworn

☐ Defendant enters a plea of: ☐ not guilty
  to _____

☐ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference/jury selection and trial setting on: _____

☐ Government did not move for detention.
☑ Defendant waived detention hearing

☐ Detention hearing held
☐ Government witnesses: _____
☐ Defense witnesses: _____

☑ Court orders defendant detained pending trial

☐ Detention hearing rescheduled to: _____

☑ Defendant remanded to custody of USM

☐ Defendant RELEASED on conditions of release after out-processing by USM

☐ Recess _____